Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
ATLANTIC RECORDING CORPORATION;
CAPITOL RECORDS, INC.; VIRGIN
RECORDS AMERICA, INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; ARISTA RECORDS
LLC; BMG MUSIC; and MOTOWN
RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>                           Plaintiffs,<br><br>     v.<br><br>MARCO TREVINO,<br><br>                           Defendant. | Case No. 2:06-cv-2087-WBS-KJM<br><br>Honorable William B. Shubb<br><br>***EX PARTE* APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND  ORDER** |

1

Proof of Service
Case No. 06-02087
#27841 v1

Plaintiffs hereby requests that the Court continue the initial scheduling conference currently set for February 12, 2007, at 1:30 p.m. until April 16, 2007.  The clerk of this Court entered default against the Defendant on November 16, 2006, and a case management conference is therefore unnecessary at this time.  Along with this *ex parte* application, Plaintiffs have filed a motion for default judgment by the Court against Defendant.  Therefore, Plaintiffs respect request that the Court continue the initial scheduling conference currently set for February 12, 2007, at 1:30 p.m. sixty to April 16, 2007.

Dated:  January 25, 2007                         THOMAS M. KERR
                                                 HOLME ROBERTS & OWEN LLP


                                                 By:    */s/ Thomas Kerr*
                                                        Thomas Kerr
                                                        Attorney for Plaintiffs


**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the Initial Scheduling Conference currently scheduled for February 12, 2007, at 1:30 p.m. is hereby continued until **April 23, 2007 at 1:30 p.m.**

Dated:  February 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE