1  Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
tom.kerr@hro.com
5

6  Attorneys for Plaintiffs
ATLANTIC RECORDING CORPORATION;
7  CAPITOL RECORDS, INC.; VIRGIN
RECORDS AMERICA, INC.; UMG
8  RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; ARISTA RECORDS
9  LLC; BMG MUSIC; and MOTOWN
RECORD COMPANY, L.P.
10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13                          SACRAMENTO DIVISION

14

| 15 | ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>                    Plaintiffs,<br>        v.<br><br>MARCO TREVINO,<br><br>                    Defendant. | Case No. 2:06-cv-2087-WBS-KJM<br><br><br>**DEFAULT JUDGMENT AND INJUNCTION** |

1

[PROPOSED] DEFAULT JUDGMENT AND INJUNCTION
CASE NO. 2:06-cv-2087-WBS-KJM
#27840 v1

1    Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause

2 appearing therefor, it is hereby Ordered and Adjudged that:

3    1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as

4 authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the fourteen (14) sound

5 recordings listed in Exhibit A to Plaintiffs' Complaint.  Accordingly, having adjudged to be in

6 default, Defendant Marco Trevino ("Defendant") shall pay damages to Plaintiffs for infringement of

7 Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total

8 principal sum of Ten Thousand Five Hundred Dollars ($10,500.00).

9    2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four

10 Hundred Twenty Dollars ($420.00).

11    3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing

12 Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

13
- "Foolish Games," on album "Pieces of You," by artist "Jewel" (SR# 198-481);

14
- "Right Here Waiting," on album "Repeat Offender," by artist "Richard Marx" (SR#

15   103-712);

16
- "That's The Way Love Goes," on album "Janet," by artist "Janet Jackson" (SR# 174-

17   392);

18
- "2 Become 1," on album "Spice," by artist "Spice Girls" (SR# 201-276);

19
- "Vive," on album "Calle De Las Sirenas," by artist "Kabah" (SR# 236-676);

20
- "The Power of Love," on album "The Colour of My Love," by artist "Celine Dion"

21   (SR# 191-558);

22
- "Truly Madly Deeply," on album "Savage Garden," by artist "Savage Garden" (SR#

23   299-097);

24
- "Here With Me," on album "No Angel," by artist "Dido" (SR# 289-904);

25
- "Un-Break My Heart," on album "Secrets," by artist "Toni Braxton" (SR# 233-892);

26
- "Abrazame Muy Fuerte," on album "Abrazame Muy Fuerte," by artist "Juan Gabriel"

27   (SR# 187-211);

28
- "Hands," on album "Spirit," by artist "Jewel" (SR# 261-953);

1

[PROPOSED] DEFAULT JUDGMENT AND INJUNCTION
CASE NO. 2:06-cv-2087-WBS-KJM
#27840 v1

1  • "Super Freak," on album "Street Songs," by artist "Rick James" (SR# 25-800);

2  • "With or Without You," on album "The Joshua Tree," by artist "U2" (SR# 78-949);

3  • "My Heart Will Go On," on album "Let's Talk About Love," by artist "Celine Dion"

4  (SR# 248-109);

5  and in any other sound recording, whether now in experience or later created, that is owned or

6  controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)

7  ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media

8  distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,

9  upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

10  distribution to the public, except pursuant to a lawful license or with the express authority of

11  Plaintiffs.  Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has

12  downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

13  destroy all copies of those downloaded recordings transferred onto any physical medium or device in

14  Defendant's possession, custody, or control.

15

16  Dated:  June 11, 2007

17

18  _____
   WILLIAM B. SHUBB
19  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2

[PROPOSED] DEFAULT JUDGMENT AND INJUNCTION
CASE NO. 2:06-cv-2087-WBS-KJM
#27840 v1